JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No. EDCV 19-1064-KK |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| PAUL R. TAYNE, ET AL., | |
| Defendant(s). | |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by the parties on December 30, 2019, approves the stipulation. Therefore, the entire action is hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated: January 02, 2020

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge